In the Interest of A.P.

No. ED 99973.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 10, 2013.

Susan P. Layton, Cape Girardeau, MO, for appellant.

Matthew J. Koetting, Cape Girardeau, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

The father, A.P., challenges the judgment of the Circuit Court of Cape Girardeau County terminating his parental rights to the child, A.P.[1] We have reviewed the parties' briefs and the record on appeal and find no error.

An opinion would have no precedential value. We have provided the parties with

---

The mother did not participate in this trial, nor was she a party to this appeal.

a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).

